# UNITED STATES DISTRICT COURT

District of Massachusetts

WILLIAM RYAN, TRUSTEE, International Union of Operating Engineers Local 4 Health and Welfare Fund, ET ALS.

V.

FOSTER CONSTRUCTION, INC.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 03 12606 GAO

TO: (Name and address of Defendant)

Foster Construction, Inc.
7 Robert Street
Taunton, MA 02780

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Randall E. Nash
11 Beacon Street, Suite 500
Boston, MA 02108

an answer to the complaint which is served on you with this summons, within _twenty (20)_ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

DATE DEC 24 2003

**Bristol County Deputy Sheriffs' Office** • P.O. Box 8928 • New Bedford, MA 02742-0928 • (508) 992-6631

Bristol, ss.

January 30, 2004

I hereby certify and return that on 1/29/2004 at 06:21 pm I served a true and attested copy of the Summons and Complaint in this action in the following manner: To wit, by delivering in hand to John Foster, agent, person in charge at the time of service for Foster Construction, Inc., 7 Robert Street, Taunton, MA 02780. Copies ($2.00), Conveyance ($3.75), Travel ($17.60), Basic Service Fee ($30.00), Postage and Handling ($2.75), Attest Fee ($5.00) Total Charges $61.10

Deputy Sheriff Richard W. Hinkley

_____
Deputy Sheriff

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
|        |          |       |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____      _____
                  Date                Signature of Server

                              _____
                                    Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.