UNITED STATES DISTRICT COURT
District of Massachusetts

| | |
|---|---|
| WILLIAM RYAN and JOHN J. SHAUGHNESSY, as they are TRUSTEES, INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 4 HEALTH AND WELFARE, PENSION, AND ANNUITY FUNDS, and LOUIS G. RASETTA and CHRISTOPHER BARLETTA, as they are TRUSTEES, HOISTING AND PORTABLE ENGINEERS LOCAL 4 APPRENTICE AND TRAINING FUNDS and INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 4, <br><br>Plaintiffs <br><br>vs. <br><br>FOSTER CONSTRUCTION, INC., <br><br>Defendant | C. A. No. 03-12606-GAO |

REQUEST FOR ENTRY OF DEFAULT

Please enter the default of the defendant, Foster Construction, Inc. pursuant to Rule 55(a) of the Federal Rules of Civil Procedure for its failure to plead or otherwise defend as appears from the attached Affidavit of Randall E. Nash.

Dated: March 12, 2004

Randall E. Nash
BBO #546963
11 Beacon Street, Suite 500
Boston, MA 02108
(617)742-5511

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the defendant by mail on March 12, 2004.

Randall E. Nash