UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **WILLIAM RYAN, ET AL** | CIVIL ACTION |
| Plaintiff | |
| V. | NO .03-12606-GAO |
| **FOSTER CONSTRUCTION, INC.** | |
| Defendant | |

### NOTICE OF DEFAULT

Upon application of the Plaintiff, **WILLIAM RYAN, ETAL** for an order of Default for failure of the Defendant, **FOSTER CONSTRUCTION, INC.**, to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been defaulted this **22**nd day of **MARCH, 2004** .

                                                  TONY ANASTAS
                                                  CLERK OF COURT

                                      By:   **PAUL S. LYNESS**
                                                  **Deputy Clerk**

**Notice mailed to:**

**(Default Notice.wpd - 2/2000)**                                                                                                    **[ntcdflt.]**